```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                              CRIMINAL ACTION NO. 2:14-00030

**MATTHEW HARRIS ENGLAND**

## SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
## MEMORANDUM OPINION AND ORDER

On June 13, 2018, the United States of America appeared by Joshua C. Hanks, Assistant United States Attorney, and the defendant, Matthew Harris England, appeared in person and by his counsel, Timothy J. LaFon, for a hearing on the petition seeking revocation of supervised release submitted by United States Probation Officer Justin L. Gibson.  The defendant commenced a three-year term of supervised release in this action on December 11, 2015, as more fully set forth in the Judgment Including Sentence Under the Sentencing Reform Act entered by the court on October 14, 2014.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found that the defendant has violated the conditions of supervised release in the following respects:  (1) the defendant committed the state and local offense of reckless driving on March 27, 2016, as evidenced by his plea of guilty on August 9, 2016, for which he was ordered to pay a fine and court costs; (2) the defendant used and possessed controlled substances as evidenced by a positive urine specimen submitted by him on March 31, 2016, for benzodiazepines, the defendant having signed a voluntary admission form acknowledging his use of Xanax, Suboxone and methamphetamine; a positive urine specimen submitted by him on April 13, 2016, for Suboxone; a positive urine specimen submitted by him on October 25, 2017, for marijuana; his signature on a voluntary admission form on February 26, 2018, acknowledging his use of methamphetamine on February 23, 2018; and a positive urine specimen submitted by him on March 30, 2018, for methamphetamine, the defendant having signed a voluntary admission form acknowledging his use of methamphetamine on or about April 4, 2018; (3) the defendant left the judicial district without permission as evidenced by his admission to the probation officer on January 31, 2017, that he had traveled to Pennsylvania to obtain substance abuse

treatment at a Suboxone clinic on two or three occasions since November 2016; (4) the defendant failed to report to the probation officer as instructed on April 12, 13 and 18, 2018; (5) the defendant failed to work regularly at a lawful occupation inasmuch as he has been unemployed since January 26, 2018, the defendant having also failed to timely notify the probation officer that he was terminated from his job on or before January 26, 2018; (6) the defendant failed to appear for urine screens as directed on April 20, 2016; July 11 and 17, August 31, September 20 and 28, November 16 and December 13, 2017; and January 3 and 22, February 19 and 20, and March 15, 2018; and (7) the defendant failed to attend substance abuse counseling sessions in November and December, 2017, and January and March, 2018; all as admitted by the defendant on the record of the hearing and all as set forth in the petition on supervised release.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously

imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of **THREE (3) MONTHS**, to be followed by a term of thirty-three (33) months of supervised release upon the standard conditions of supervised release now in effect in this district as promulgated by the Administrative Office of the United States Courts (National Form AO 245B), the standard conditions as set forth in Local Rule 32.3 and the special condition that he participate in the residential 6 to 12 month sober living program at Sound Mind in Lester, West Virginia, where he shall follow the rules and regulations of the facility, and participate in drug abuse counseling and treatment as directed.  Upon his release, the defendant shall report directly from his place of incarceration to Sound Mind, without interruption, with transportation to be provided by a family member.

The defendant was remanded to the custody of the United States Marshal.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: June 15, 2018

_____
John T. Copenhaver, Jr.
United States District Judge